### DAVIS v HENNAN

Ohio Appeals, 6th Dist, Wood Co

No 540. Decided June 5, 1933

W. K. Rose, Toledo, for plaintiff in error.
Earl K. Solether, Bowling Green, for defendant in error.

For full opinion see 39 OLR 253; 187 NE 745; 46 Oh Ap 93.